UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE LAZOR,<br>          Petitioner,<br>    v.<br>MATTHEW ATCHLEY, et al.,<br>          Respondent. | Case No. 21-cv-04038-EMC<br><br>**ORDER OF DISMISSAL** |

        Free Lazor, a pro se prisoner detained at Salinas Valley State Prison, filed the instant petition for a writ of habeas corpus ("2021 Petition"). Docket No. 1. The 2021 Petition is now before the Court for review pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

        The 2021 Petition must be dismissed because the relief sought is not available in a habeas action. Petitioner seeks to obtain photocopies of a previous habeas petition filed in the United States District Court for the Northern District of California. *See* Pet. at 2. Specifically, Petitioner seeks photocopies of documents filed in *Lazor v. Warden CDC Systems*, Case No. 5:99-cv-20586-RMW (N.D. Cal. filed June 29, 1999) ("1999 Petition"). *See id*. Photocopies are not available in habeas. Rather, habeas offers a remedy for those prisoners who seek "'immediate or speedier release'" from confinement. *Skinner v. Switzer*, 562 U.S. 521, 533-34 (2011). "Where the prisoner's claim would not 'necessarily spell speedier release,' however, suit may be brought under § 1983.'" *Id.* A § 1983 action is the exclusive remedy for claims by state prisoners that do not "lie at the 'core of habeas corpus.'" *Nettles v. Grounds*, 830 F.3d 922, 931 (9th Cir. 2016) (en banc) (citation omitted). Because Petitioner does not seek release in the 2021 Petition, it must be

**DISMISSED**.

For Petitioner's benefit, the Court notes that the 1999 Petition was dismissed on February 12, 2002. *See* Docket No. 78, 1999 Petition. The case file for the 1999 Petition was shipped to the Federal Records Center on August 10, 2011. *See* United State Courts, Judiciary Policies: Court Records, *available at* https://www.uscourts.gov/rules-policies/judiciary-policies (last visited Dec. 28, 2021) (providing for court records to be sent to the appropriate Federal Records Center after a certain time period). The National Archives provides information regarding how to obtain court documents from the appropriate Federal Records Center. *See* National Archives, Obtaining Copies of Court Records in the Federal Records Centers, https://www.archives.gov/research/court-records/order-copies (last visited Dec. 28, 2021).

**IT IS SO ORDERED**.

Dated: December 29, 2021

_____
EDWARD M. CHEN
United States District Judge